**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No. 16-62022-CIV-GAYLES/TURNOFF

ROBERTO GONZALEZ,

    Plaintiff,

vs.

VITO'S GOURMET PIZZA, LLC,

    Defendant.

_____/

**DEFAULT FINAL JUDGMENT**

**THIS CAUSE** came before the Court on Plaintiff's Verified Motion for Default and Default Final Judgment [ECF No. 9]. The Court has reviewed the motion and the record and is otherwise fully advised.

On August 23, 2016, Plaintiff filed his Complaint alleging violations of the Americans with Disabilities Act ("ADA"). Despite proper service, Defendant has failed to answer or otherwise respond. Upon Plaintiff's motion, the Clerk entered a Default on September 26, 2016 [ECF No. 4]. Based thereon it is,

**ORDERED AND ADJUDGED** that Plaintiff's Motion is GRANTED. Default Final Judgment is hereby entered in favor of the Plaintiff, ROBERTO GONZALEZ, and against the Defendant, VITO'S GOURMET PIZZA, LLC d/b/a VITO'S GOURMET PIZZA ("Defendant"), in the form of injunctive relief. Defendant has violated the Americans with Disabilities Act. Defendant shall correct the following architectural barriers and violations of the ADA:

  a. failure to provide grab bars of proper horizontal length or spacing on the back wall as required by 2010 ADAAG §§ 604, 604.5, 604.5.1, 604.5.2, 609, 609.4;

  b. failure to provide a hand operated flush control located on the open side of the accessible water closet as required by section 604.6 of the 2010 ADAAG standards;

  c. failure to provide no less than 17 inches and no greater than 25 inches of the clear floor space under the lavatory as required by 2010 ADAAG § 306.2;

  d. failure to provide sinks and/or countertops not greater than 34 inches high as required by 2010 ADAAG §§ 305,306, 606, 606.2, 606.3;

  e. failure to provide paper towel dispenser at the correct height above the finish floor as required by 2010 ADAAG §§ 606, 606.1 and 308;

  f. failure to provide a coat hook for a disabled person in violation of 2010 ADAAG §§ 603, 603.4 and 308;

  g. failure to provide mirror(s) located above lavatories or countertops at the proper height above the finished floor 2010 as required by ADAAG §§ 603, 603.3.  It is further

**ORDERED AND ADJUDGED** that Defendant shall comply with the terms of this Default Final Judgment within ninety (90) days. The Court retains jurisdiction relating to the Plaintiff's attorney's fees and costs and to Defendant's compliance with the terms set forth in the Default Final Judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of November, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE